Civil No. 8:16-cv-01257-BRO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: JAY W. AND DEBRA JOHNSON, Debtors,
Chapter 7 Bankruptcy Court Case No. 8:06-bk-10373 ES

JAY W. JOHNSON, et al., Appellants
vs.
ROSENDO GONZALEZ, et al., Appellees.

Adversary Proceeding Case Numbers 8:06-ap-1313 ES and
8:06-ap-1311 ES (Consolidated)

On Appeal from the Order of the United States Bankruptcy Court,
The Honorable Erithe A. Smith, United States Bankruptcy Judge

## APPELLEES' CERTIFICATION OF INTERESTED PARTIES SUBMITTED CONCURRENTLY WITH APPELLEES' RESPONSE BRIEF

James Andrew Hinds, Jr. (SBN 71222)
Paul R. Shankman (SBN 113608)
Rachel M. Sposato (SBN 306045)
HINDS & SHANKMAN, LLP
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Tel: (310) 316-0500
Fax: (310) 792-5977
Attorneys for Appellees, Rosendo Gonzalez, Chapter 7 Trustee,
James Andrew Hinds, Jr., Esq., and HINDS & SHANKMAN, LLP

# CERTIFICATION AS TO INTERESTED PARTIES

Filed in conjunction with Appellees' Response Brief pursuant to

C.D. Cal. L. Bankr.R.2.3 (8012) (Local Civil rule 7.1-1):

The undersigned, counsel of record for the plaintiff, Rosendo Gonzalez, Chapter 7 Trustee, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

>   Rosendo Gonzalez – Plaintiff, Chapter 7 Trustee
>   James Andrew Hinds, Jr., Esq. – Attorney for Plaintiff, Rosendo Gonzalez, Chapter 7 Trustee
>   HINDS & SHANKMAN, LLP – Attorney for Plaintiff, Rosendo Gonzalez, Chapter 7 Trustee
>   Jay W. Johnson – Defendant
>   Debra F. Johnson – Defendant
>   Randal A. Johnson – Defendant
>   Robin Lister Johnson – Defendant
>   Q Financial Group, LLC – Defendant

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

Burton V. McCullough, Esq. – Attorney for Defendants

Richard A. Lapides – Creditor of Jay and Debra Johnson

Janis T. Lapides – Spouse of Richard Lapides

Dated: October 6, 2016

                Respectfully submitted,

                JAMES ANDREW HINDS, JR.
                PAUL R. SHANKMAN
                RACHEL M. SPOSATO
                HINDS & SHANKMAN, LLP

                By: _____
                JAMES ANDREW HINDS, JR.,
                Attorneys for Appellees Rosendo Gonzalez,
                Chapter 7 Trustee, James Andrew Hinds, Jr.,
                Esq., and HINDS & SHANKMAN, LLP

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21257 Hawthorne Blvd., Second Floor, Torrance, California 90503.

On October 6, 2016, I served the following document described as **APPELLEES' CERTIFICATION OF INTERESTED PARTIES SUBMITTED CONCURRENTLY WITH APPELLEES' RESPONSE BRIEF** on all other parties to this action by placing a true copy of the above document enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED SERVICE LIST

**/XX/  BY OVERNIGHT MAIL** - I placed each such sealed envelope, postage thereon fully prepaid for first-class mail, for collection and mailing at 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503, following ordinary business practices. I am familiar with the practice of Hinds & Shankman, LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

**/XX/  BY MAIL** - I placed each such sealed envelope, postage thereon fully prepaid for first-class mail, for collection and mailing at 21515 Hawthorne Blvd., Suite 1150, Torrance, California 90503, following ordinary business practices. I am familiar with the practice of Hinds & Shankman, LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

**/XX/  BY COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

I declare under penalty of perjury and the laws of the State of California that the above is true and correct.

Executed on this 6th day of October 2016, at Torrance, California.

_____
MAYRA DURAN

# SERVICE LIST

**Via CM/ECF:**

- James Andrew Hinds , Jr
  jhinds@jhindslaw.com

- Mitchell B Ludwig
  mbl@kpclegal.com

- Burton V McCullough
  lexchexrex@sbcglobal.net

**BY MAIL:**

| | |
|---|---|
| Burton V McCullough, Esq.<br>Burton V McCullough Law Offices<br>4205 Encinas Drive<br>La Canada, CA 91011 | Attorney for Appellants |
| Mitchell B Ludwig, Esq.<br>Knapp Petersen and Clarke<br>550 North Brand Boulevard Suite 1500<br>Glendale, CA 91203-1094 | Attorney for Appellees<br>Richard and Janis Lapides |

**BY OVERNIGHT MAIL:**

Honorable Beverly Reid O'Connell
United States District Court Judge
United States Courthouse
312 N. Spring Street, Courtroom 14 (Spring Street Level)
Los Angeles, CA 90012